```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**JOHN F. GINGRAS,**

      **Plaintiff,**

  vs.                                     Civil Action 2:11-CV-538
                                              Judge Graham
                                              Magistrate Judge King

**K.L.A. LABORATORIES, INC.,** *et al.***,**

      **Defendants.**

<u>**ORDER**</u>

This matter is before the Court on plaintiff's unopposed motion to dismiss this action with prejudice. Doc. No. 15. Plaintiff's motion is hereby **GRANTED** and the case is **DISMISSED** with prejudice.

                                              *s/Norah McCann King*
                                              Norah M<sup>c</sup>Cann King
December 29, 2011              United States Magistrate Judge